JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 4, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: WR DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA R. GUNNOE, TRUSTEE OF THE GUNNOE IRREVOCABLE INSURANCE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>REASSURE AMERICA LIFE INSURANCE COMPANY, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 5: 13-cv-00613 VAP (SPx)<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>Complaint Filed: March 1, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\vap\ecf ready\ed13cv00613vap-gunnoe-order re dimsissal.doc

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice in its entirety as to all defendants. Each party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:   June 4, 2014

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge for the Central District of California